Certificate Number: 05781-FLM-DE-039373354

Bankruptcy Case Number: 25-00354



05781-FLM-DE-039373354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 24, 2025</u>, at <u>5:25</u> o'clock <u>PM PST</u>, <u>Elida Nassiff-Guzman</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>February 24, 2025</u>     By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>