United States Bankruptcy Court

Middle District of Florida

In re:                                                                    Case No. 25-00354-CPM

Elida Nassiff-Guzman                                                      Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8                    User: admin                       Page 1 of 3

Date Rcvd: Apr 24, 2025                 Form ID: B318                      Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Elida Nassiff-Guzman, 6504 W. Clifton St., Tampa, FL 33634-5042 |
| 31380280 | + Juan Valdes-Martinez, 3754 Morgons Castle Ct., Land O Lakes, FL 34638-2902 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + EDI: AISACG.COM | Apr 25 2025 02:24:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Apr 25 2025 02:24:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bkservices@frf1.com | Apr 24 2025 22:01:00 | Performance Finance, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 31374070 | ^ MEBN | Apr 24 2025 21:55:35 | Ally, PO Box 71119, Charlotte, NC 28272-1119 |
| 31374071 | + Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 22:13:54 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 31374072 | + EDI: CITICORP | Apr 25 2025 02:24:00 | American Express Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 31374073 | + EDI: CITICORP | Apr 25 2025 02:24:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 31374074 | + EDI: WFNNB.COM | Apr 25 2025 02:24:00 | Big Lots Comenity, PO Box 650967, Dallas, TX 75265-0967 |
| 31374075 | + EDI: CAPITALONE.COM | Apr 25 2025 02:24:00 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 31374076 | + EDI: CITICORP | Apr 25 2025 02:24:00 | Citibank, PO BOX 6167, Sioux Falls, SD 57117-6167 |
| 31374078 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 22:13:36 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 31374077 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 22:13:28 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 31374079 | + Email/Text: bankruptcy@huntington.com | Apr 24 2025 22:01:00 | Huntington Bank, 5555 Cleveland Ave., Columbus, OH 43231-4106 |
| 31374080 | + EDI: WFNNB.COM | Apr 25 2025 02:24:00 | Lending Club, PO Box 650965, Dallas, TX 75265-0965 |
| 31374081 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2025 22:01:00 | Midland Credit Management, 350 Camino de la Reina Suite 100, San Diego, CA 92108-3007 |
| 31374082 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: B318 | Total Noticed: 27 |

| | | Apr 24 2025 22:00:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
|---|---|---|---|
| 31397805 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Apr 24 2025 22:00:00 | Nationstar Mortgage LLC, c/o Leslie Gomez, Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305-1608 |
| 31374084 | EDI: PRA.COM | | |
| | | Apr 25 2025 02:24:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 31374083 | + Email/Text: bkservices@frf1.com | | |
| | | Apr 24 2025 22:01:00 | Performance Finance, PO Box 5108, Oak Brook, IL 60522-5108 |
| 31374085 | + EDI: SYNC | | |
| | | Apr 25 2025 02:24:00 | SYNCB Care Credit, PO Box 71715, Philadelphia, PA 19176-1715 |
| 31374086 | + EDI: SYNC | | |
| | | Apr 25 2025 02:24:00 | SYNCB Lowes, PO Box 71726, Philadelphia, PA 19176-1726 |
| 31374087 | + EDI: SYNC | | |
| | | Apr 25 2025 02:24:00 | SYNCB TJX, PO Box 71738, Philadelphia, PA 19176-1738 |
| 31374088 | + Email/Text: bankruptcy@wofco.com | | |
| | | Apr 24 2025 22:00:00 | Southeast Toyota Finance, PO Box 991817, Mobile, AL 36691-8817 |
| 31374089 | + EDI: WTRRNBANK.COM | | |
| | | Apr 25 2025 02:24:00 | TD Bank, P.O. Box 9500, Minneapolis, MN 55440-9500 |
| 31374090 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Apr 24 2025 22:01:00 | Truist Bank, 214 N. Tryon St., Charlotte, NC 28202-1078 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | U.S. Bank National Association, as Trustee Merrill |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose Hernandez-Sosa | |
| | on behalf of Debtor Elida Nassiff-Guzman jehzsa@gmail.com  jhsandnnc@verizon.net |
| Leslie Gomez | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage |

District/off: 113A-8                     User: admin                                    Page 3 of 3
Date Rcvd: Apr 24, 2025                  Form ID: B318                                   Total Noticed: 27

Loan Asset-Backed Certificates, Series 2007-4 ecfflmb@aldridgepite.com, lgomez@ecf.courtdrive.com

Leslie Gomez

on behalf of Creditor Nationstar Mortgage LLC ecfflmb@aldridgepite.com  lgomez@ecf.courtdrive.com

Traci K. Stevenson

tracikstevenson@gmail.com  tks@trustesolutions.net;alishamariehall@gmail.com;tafch7llc@gmail.com

United States Trustee - TPA7/13

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 5

**Information to identify the case:**

| Debtor 1 | Elida Nassiff–Guzman | Social Security number or ITIN  xxx–xx–9020 |
|---|---|---|
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Florida | |
| Case number: | 8:25–bk–00354–CPM | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elida Nassiff–Guzman
aka Elida Nassiff

-

Dated: April 24, 2025

_Catherine M. McEwen_

Catherine Peek McEwen
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**